AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HILLMAN, STEPHEN J. | Central District of California | 04/21/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full-Time | ☐ Nomination   Date<br>☐ Initial   ☐ Annual   ☑ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>04/10/2015 |

**7. Chambers or Office Address**

Roybal Federal Building
255 East Temple Street, Rm 560
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Center for Early Education - Salary |
| 2. | 2014 | Self-Employed Educational Consultant |
| 3. | 2014 | Required distribution from inherited IRA |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILLMAN, STEPHEN J. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Life Insurance | B | Interest | M | T | | | | | |
| 2. Teachers Ins. & Annuity Assoc | C | Dividend | N | T | | | | | |
| 3. Aurora Life Ins. | B | Interest | K | T | | | | | |
| 4. Artisan International Fund | A | Dividend | J | T | Buy (add'l) | 03/11/15 | J | | |
| 5. Artisan International Fund | A | Dividend | J | T | | | | | |
| 6. Oakmark International Small Cap Fund | A | Dividend | J | T | | | | | |
| 7. Dodge & Cox International Stock Fund | A | Dividend | J | T | | | | | |
| 8. Schwab U S Treasury Money Market Fund | | None | J | T | | | | | |
| 9. Schwab U S Treasury Money Market Fund | | None | J | T | | | | | |
| 10. Schwab U S Treasury Money Market Fund | | None | J | T | | | | | |
| 11. UBS E-TRACS Alerian MLP Infrastructure ETN | A | Dividend | | | Sold | 04/01/15 | J | A | |
| 12. Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 13. Morgan Stanley Instit. Mid Cap Growth | A | Dividend | J | T | | | | | |
| 14. Oakmark International Small Cap Fund | A | Dividend | J | T | | | | | |
| 15. PIMCO Total Return Fund | A | Dividend | J | T | | | | | |
| 16. Schwab U S Treasury Money Market Fund | | None | J | T | | | | | |
| 17. UBS E-TRACS Alerian MLP Infrastructure ETN | A | Dividend | | | Sold | 04/01/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILLMAN, STEPHEN J. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FMI Large Cap | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 19. Loomis Sayles Small Cap Growth | A | Dividend | | | Sold | 03/10/15 | J | A | |
| 20. ASTON/River Road Independent Value | A | Dividend | | | Sold | 02/17/15 | J | A | |
| 21. MainStay Marketfield Fund | | None | | | Sold (part) | 11/03/14 | J | A | |
| 22. MainStay Marketfield Fund | | None | J | T | Sold (part) | 02/17/15 | J | A | |
| 23. FMI Large Cap | A | Dividend | J | T | Sold (part) | 01/18/15 | J | A | |
| 24. ASTON/River Road Independent Value | A | Dividend | | | Sold | 02/17/15 | J | A | |
| 25. FMI Large Cap | A | Dividend | J | T | Sold (part) | 10/07/14 | J | A | |
| 26. ASTON/River Road Independent Value | A | Dividend | | | Sold | 02/17/15 | J | A | |
| 27. MainStay Marketfield Fund | | None | | | Sold (part) | 11/03/14 | J | A | |
| 28. Wasatch Emerging Markets Small Cap | A | Dividend | J | T | Sold (part) | 01/08/14 | J | A | |
| 29. Angel Oak Multi-Strategy Income | A | Dividend | J | T | Sold (part) | 11/20/14 | J | A | |
| 30. DoubleLine Total Return Bond I | A | Dividend | J | T | Sold (part) | 01/08/14 | J | A | |
| 31. Angel Oak Multi-Strategy Income | A | Dividend | J | T | Sold (part) | 11/20/14 | J | A | |
| 32. DoubleLine Total Return Bond I | A | Dividend | J | T | Sold (part) | 01/08/14 | J | A | |
| 33. PIMCO Total Return Fund | A | Dividend | J | T | | | | | |
| 34. Angel Oak Multi-Strategy Income | A | Dividend | J | T | Sold (part) | 10/07/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILLMAN, STEPHEN J. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DoubleLine Total Return Bond I | A | Dividend | J | T | Sold (part) | 11/20/14 | J | A | |
| 36. RiverPark Short Term High Yield | A | Dividend | J | T | | | | | |
| 37. Stone Ridge Reinsurance Risk Premium Fund | A | Dividend | J | T | | | | | |
| 38. RiverPark Short Term High Yield | A | Dividend | J | T | | | | | |
| 39. Stone Ridge Reinsurance Risk Premium Fund | A | Dividend | J | T | | | | | |
| 40. RiverPark Short Term High Yield | A | Dividend | J | T | | | | | |
| 41. Scout Unconstrained Bond Fund | A | Dividend | | | Sold | 03/13/14 | J | A | |
| 42. Semper MBS Total Return | A | Dividend | | | Sold | 11/20/14 | J | A | |
| 43. Stone Ridge Reinsurance Risk Premium Fund | A | Dividend | J | T | | | | | |
| 44. AMG Yacktman Fund | A | Dividend | J | T | | | | | |
| 45. MainStay Marketfield Fund | | None | | | Sold (part) | 02/17/15 | J | A | |
| 46. Mainstay Marketfield Fund | | None | | | Sold (part) | 04/01/15 | J | A | |
| 47. Scout Unconstrained Bond Fund | A | Dividend | | | Buy | 01/09/14 | J | | |
| 48. Scout Unconstrained Bond Fund | | None | | | Sold | 03/13/14 | J | A | |
| 49. AB Global Evilution Frontier Mkts Income | A | Dividend | J | T | Buy | 11/04/14 | J | | |
| 50. Legg Mason BW Alternative Credit Fund | A | Dividend | J | T | Buy | 11/21/14 | J | | |
| 51. Palmer Square Income Plus Fund | A | Dividend | J | T | Buy | 03/14/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILLMAN, STEPHEN J. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Angel Oak Flexible Income Fund | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 53. Stone Ridge All Asset Var Risk | | None | J | T | Buy | 04/09/15 | J | | |
| 54. Scout Unconstrained Bond Fund | A | Dividend | | | Buy | 01/09/14 | J | | |
| 55. Scout Unconstrained Bond Fund | | None | | | Sold | 03/13/14 | J | A | |
| 56. Legg Mason BW Alternative Credit Fund | A | Dividend | J | T | Buy | 11/21/14 | J | | |
| 57. Palmer Square Income Plus Fund | A | Dividend | J | T | Buy | 03/14/14 | J | | |
| 58. Angel Oak Flexible Income Fund | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 59. MainStay Marketfield Fund | | None | | | Sold (part) | 02/07/15 | J | A | |
| 60. MainStay Marketfield Fund | | None | | | Sold (part) | 04/01/15 | J | A | |
| 61. Angel Oak Multi Strategy Income | | None | | | Sold (part) | 11/20/14 | J | A | |
| 62. AB Global Evolution Frontier Mkts | A | Dividend | J | T | Buy | 11/04/14 | J | | |
| 63. Legg Mason BW Alternative Credit Fund | A | Dividend | J | T | Buy | 11/21/14 | J | | |
| 64. Palmer Square Income Plus Fund | A | Dividend | J | T | Buy | 03/14/14 | J | | |
| 65. Angel Oak Flexible Income Fund | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 66. Stone Ridge All Asset Var Risk Premium | | None | J | T | Buy | 04/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments and Trusts, line 44:
   AMG Yacktman Fund was listed on the 2013 report as Yacktman Fund

| Name of Person Reporting | Date of Report |
|---|---|
| HILLMAN, STEPHEN J. | 04/21/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **STEPHEN J. HILLMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544